## Commonwealth ex rel. Baxter *v.* Baxter, Appellant.

Argued June 14, 1966. *Robert F. Jackson,* for appellant; *Edward S. Lawhorne,* for appellee.

Order affirmed.

JACOBS and HOFFMAN, JJ., absent.

## Commonwealth ex rel. Bradford, Appellant, *v.* Russell.

Submitted June 13, 1966. *Joseph Bradford,* appellant, in propria persona; *John F. Hassett* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Camper, Appellant, *v.* Rundle.

Submitted June 13, 1966. *Junior Lee Camper,* appellant, in propria persona; *Alfred J. Di Bona, Jr.* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.